UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Francis, Robert K. Francis,

   Plaintiffs,       Civil No. 07-4830 (RHK/JSM)

vs.            **DISQUALIFICATION AND
               ORDER FOR REASSIGNMENT**

Wyeth Pharmaceuticals, Inc., Wyeth
Laboratories, Inc., Wyeth-Ayerst
Pharmaceuticals, Inc., Wyeth Pharmaceuticals,
Wyeth Ayerst International, Inc., Wyeth,
Inc., Pfizer, Inc., Pharmacia & Upjohn, Inc.,
a/k/a Pharmacia & Upjohn Company,
Greenstone Ltd.,

   Defendants.

   The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

   **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

   **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 14, 2007

               s/Richard H. Kyle
               RICHARD H. KYLE
               United States District Judge